429 A.2d 761

Commonwealth v. (Moser) Keiser, Appellant.

Argued March 3, 1980. Kenneth L. Rotz, Assistant Public Defender, for appellant; Robert G. Teeter, Assistant District Attorney, for Commonwealth, appellee.

Before CERCONE, P. J., and WATKINS and MONTGOMERY, JJ.

Affirmed.